*Kent Drager*, senior assistant public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided May 12, 2004

JAMES WILLIAMS *v.* MERESTONE CONSTRUCTION

The plaintiff's petition for certification for appeal from the Appellate Court (AC 24164) is denied.

*James Williams*, pro se, in support of the petition.

Decided May 12, 2004

STATE STREET BANK AND TRUST COMPANY *v.* JEROME T. DUNBAR

The defendant's petition for certification for appeal from the Appellate Court (AC 24405) is denied.

*Jerome T. Dunbar*, pro se, in support of the petition.

*David F. Borrino*, in opposition.

Decided May 12, 2004

STATE STREET BANK AND TRUST COMPANY *v.* JEROME T. DUNBAR

The defendant's petition for certification for appeal from the Appellate Court (AC 24404/AC 24405) is dismissed.

*Jerome T. Dunbar*, pro se, in support of the petition.

*David F. Borrino*, in opposition.

Decided May 12, 2004